ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| MD DISTRIBUTORS CORP.<br><br>Recurrida-Demandante<br><br><br>V.<br><br><br><br>MICROSURGICAL TECHNOLOGY INC., DAVID BRENES MALDONADO, ASEGURADORA ABC, FIADORA XYZ, FULANO DE TAL, JOHN DOE<br><br>Peticionaria-Demandada<br><br><br>DAVID BRENES MALDONADO<br><br>Peticionario-Codemandado | KLCE202301204 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de San Juan<br><br>Caso Número:<br><br>SJ2022CV03318 Sala:907<br><br>Sobre:<br><br>Incumplimiento de Contrato, Injunction (Entredicho Provisional, Injunction Preliminar y Permanente), Interferencia Torticera |

Panel integrado por su presidente, el Juez Sánchez Ramos, el Juez Rivera Torres y el Juez Salgado Schwarz.

Salgado Schwarz, Carlos G., Juez Ponente.

# **R E S O L U C I Ó N**

En San Juan, Puerto Rico, a 16 de noviembre de 2023.

Comparece ante nos el Sr. David Brenes Maldonado (señor Brenes Maldonado o Peticionario) y solicita que revoquemos una *Resolución* emitida por el Tribunal de Primera Instancia, Sala Superior de San Juan (TPI o foro primario) el 29 de septiembre de 2023, notificada en la misma fecha. Mediante el referido dictamen, el TPI declaró *No Ha Lugar* una *Solicitud de Relevo de Sentencia* y dispuso, en lo pertinente que:

> […]
> Por consiguiente, se ordena la
> continuación de los procedimientos post-

sentencia que se llevan a cabo en este caso. Con relación a la Moción urgente… presentada por la parte demandante el 15 de septiembre de 2023 [142], se ordena a las partes que en el término de (5) días coordinen una nueva fecha para la deposición del referido codemandado. Se advierte al codemandado Brenes Maldonado que de incumplir con esta Orden y de no comparecer a la deposición que deberá ser coordinada, se le impondrán sanciones económicas.

Luego de deliberar los méritos del recurso ante nos, entendemos procedente no intervenir con la decisión recurrida. Si bien este foro apelativo no está obligado a fundamentar su determinación al denegar la expedición de un recurso discrecional,[1] abundamos sobre las bases de nuestra decisión para que las partes no alberguen dudas en sus mentes sobre el ejercicio de nuestra facultad revisora y su justificación jurídica.

Conforme a lo anterior, expresamos que no surge del expediente de este caso que el TPI actuase mediando prejuicio, parcialidad, error manifiesto o mediante craso abuso de su discreción.[2] Tampoco divisamos fundamentos jurídicos que motiven la expedición del auto instado al amparo de los criterios dispuestos por la Regla 40 del Reglamento de este Tribunal de Apelaciones.[3] Basado en lo anterior, *denegamos* la expedición del auto de *certiorari* ante nuestra consideración.

**Notifíquese.**

Lo acuerda y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

*Lcda. Lilia M. Oquendo Solís*
*Secretaria del Tribunal de Apelaciones*

---

[1] 32 LPRA Ap. V, R. 52.1.
[2] *Trans-Oceanic Life Ins. v. Oracle Corp.*, 184 DPR 689, 709 (2012).
[3] 4 LPRA Ap. XXII-B, R. 40.